IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CR-00144-RJC-DSC

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| LARRY BRANDON MOORE | ) |
| | ) |

**THIS MATTER** is before the Court on the defendant's pro se motions for reconsideration, (Doc. No. 33), and to admit new evidence, (Doc. No. 34).[1]

The defendant is currently represented by counsel. (Appointment of Counsel, May 11, 2018). Local Criminal Rule 47.1(g) requires motions to be filed by counsel unless a defendant has formally waived his right to counsel before a judicial officer.

**IT IS, THEREFORE, ORDERED**, that the defendant's pro se motions, (Doc. No. 33, 34) are **DENIED without prejudice** to be refiled by counsel, if deemed advisable.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and to the United States Attorney.

Signed: July 11, 2018

Robert J. Conrad, Jr.
United States District Judge

---

[1] It appears that these same motions were previously filed by the defendant, (Doc. Nos. 28, 29), but he later moved to withdraw them, (Doc. No. 32).