UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cr-00144-RJC-DSC

| | |
|---|---|
| USA | ) |
| | ) |
| | ) ORDER |
| vs. | ) |
| | ) |
| LARRY BRANDON MOORE | ) |

**THIS MATTER** is before the Court upon motions of the defendant for early termination of supervised release, (Doc. No. 57), or, in the alternative, revocation of supervised release with a sentence concurrent with a state sentence he is presently serving, (Doc. No. 58).

Title 18, United States Code, Section 3583(e)(1) allows a court to terminate supervised release after one year where warranted by the conduct of the defendant and the interest of justice. It appears that the defendant was released from federal custody on November 19, 2019; therefore, he is not eligible yet for early termination.

Title 18, United States Code, Section 3583(e)(3) allows a court to revoke a term of supervised release based on a finding that the defendant has violated his conditions. Here, the defendant anticipates that he "will not be able to reasonably comply with any terms of supervised release." (Doc. No. 58: Motion at 1). However, there is no showing that he has yet committed a violation. Therefore, there are no grounds to revoke his supervision.

**IT IS, THEREFORE, ORDERED** that the motions, (Doc. No. 58, 59), are **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, and the United States Probation Office.

Signed: January 14, 2020

*[Signature]*

Robert J. Conrad, Jr.
United States District Judge